**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **INFERNAL TECHNOLOGY, LLC,** § <br> **TERMINAL REALITY, INC.,** § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **CRYTEK GMBH,** § <br> § <br> Defendant. § | **CIVIL ACTION NO. 2:18-CV-00284-JRG** |

## ORDER

Before the Court is the parties' Stipulation of Dismissal Under Rule 41. (Dkt. No. 64.) In light of this Stipulation, the Court **ORDERS** that all claims made by Plaintiffs against Defendant in this action have been **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees in the above-captioned action.

This Order disposes of all claims against all parties in this action. All other pending requests for relief are hereby **DENIED-AS-MOOT**. The Clerk is directed to **CLOSE** above-captioned action.

**So Ordered this**
Nov 1, 2019

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE